**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000037
29-DEC-2023
08:25 AM
Dkt. 68 OAWST**

NO. CAAP-23-0000037

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
STRUCTURED ASSET INVESTMENT LOAN TRUST, 2006-4,
Plaintiff-Appellee, v.
BERNICE K. WILL; YUNG SUN WILL, Defendants-Appellants, and
AMERICAN GENERAL FINANCIAL SERVICES OF HAWAII, INC.;
H.O.V.E. ROAD MAINTENANCE CORPORATION, Defendants-Appellees, and
DOES 1-20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC121000174)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the November 22, 2023 "Amended Stipulation for Dismissal with Prejudice of Notice of Appeal Filed January 27, 2023" (**Stipulation**) filed by Defendants-Appellants Bernice K. Will and Yung Sun Will, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs on appeal; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 29, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge